UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE CISNEROS OROZCO,<br><br>                Plaintiff,<br><br>     v.<br><br>SENTRY EQUIPMENT ERECTORS, INC.,<br><br>                Defendant. | No.  1:14-CV-3072-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 8, 2015, the parties filed a stipulated dismissal, ECF No. 16. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs to Any Party, **ECF No. 16**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of September 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2014\Orozco v Sentry-3072\ord stipdismiss lc1 docx

ORDER - 2